June 10, 2024 - Mon

1 of 3

| James Foster<br>7:23-CR-00883-DCC<br>Vs.<br>United States of America | • Motion To Suppress<br>• Omnibus Motion<br>• Declaratory Judgment<br>• Summary Judgment<br>Under Rule 56 Federal Rules<br>of Civil Procedures |
|---|---|

To the Honorable Judge Coggins, Amanda Mobley also to whom else this may concern. At the start of May 6, 2024 to the conclusion of May 23, 2024, when this Post Sentence Report was prepared. One Amanda J. Mobley, has deleted, falsified, fail to up date proper information in the honesty of her job description. She has conspired with the court, prosecution, Attorney Mackenzie with obstruction of justice by trying to intimidate the defendant Foster for the government with a false Post Sentence Report. She have willfully help the government illegal act of influencing, threatening, harming by furnishing false information in or otherwise impeding an investigation or legal process, to try an presuede the defendant to drop or renounce his motions on the government officials. To many mistakes are in my P.S.R - Post Sentence Report. However, the only way that could happen is either Miss Mobley didn't use my motion of discovery under Brady or under Federal Rules of Criminal Procedures 12-1, or 16 when she prepared my P.S.R., or she took it upon herself to deliberately falsify my report for the court, prosecution, and Attorney. What brings me to this conclusion and fact is. "The day of interview on via link. Miss Mobley stated verbally straight out of context. Mr. Foster I bet you can write a book on all this stuff. Then alittle later her next statement was This report is going to be late, it's not on them, this is on me. It doesn't take a rocket science to know that she was referring to the court, prosecution, and Attorney. because those two statement alone lets me and any observers know that Miss Mobley knew of motions that I had in on her peers.

June 10, 2024 Mon.

2 of 3

I now petition through the court, that a full scale investigation be conducted by the United States Department of Justice, and the American Bar Association for unprofessional illegal actions of the Court, prosecution, Attorney, and probation officer Miss Mobley. Although you work on the side of the government, you think that you can do whatever you won't without consequences. No one is above the law, and perhaps you all don't know this. You going to learn today. You government officials are going over and beyond your job description, now its time for it to stop. The bus stop here. Miss Mobley put ten 10 ounces of cocaine, three point five 3.5 ounces of heroine on my post sentence report, which I never made that amount of heroine sell to anyone, neither have I ever had 10 ten ounces of cocaine at any given time. Miss Mobley also falsified my criminal history report to tailored my P.S.R. to satify the court, prosecution, and Attorney, whom she was coerced to conspire along with them in this illegal act of unprofessionalism. Now she to must pay for her mistakes. Over all I feel threaten, I feel that my life is in danger. Also, I'm not sure at what extent these government officials will do to arrive at a conviction. When Attorney Mackenzie brought me, the Post Sentence Report, along with other illegal papers, a false sealed indictment, four warrants that were never served at a state level, He, the court, prosecution, and the probation officer Mobley, knew that this was falsified material. May God help my soul, and that is the truth. I must stand for justice or fall for anything. Also on page 14 verse 46, none of those drugs are mine, its falsified information. Maurice Lanty claim everything in the car, on body cam Sept. 7, 2023. When ever you all decide to pick the jury, come on with it. None of that over ride a constitutional violation.

June 10, 2024 Mon.

3 of 3

✡ **Please apply exclusionary rule** - "A rule of evidence that excludes or suppresses evidence obtained in violation of a defendant's constitution rights." See <u>Mapp v. Ohio and Wong v. United States</u>. However, the U.S. Supreme Court established the rule that evidence gathered by a governmental agent in violation of esp. the Fourth and Fifth Amendments to the U.S. Constitution cannot be admitted against a defendant." <u>Therefore I seek dismissal of all charges</u> with prejudice.

Sincerely: James Foster
Signature: *James Foster*  *James Foster* 6-11-24

Sworn and subscribed this date of * 11 JUNE 2024

Notary Signature * *[signature]*

SPARTANBURG, SC
EXP Feb 14, 2032

✳ Do not seal motion ✳

Please place on file with Clerk of Court and send back a copy for further documentation

If needed I shall not hesitate to notify, the Administrative Office of the United States Courts, which work with the Judicial Conference of the United States that oversees supervision for federal probation officers, magistrates, and public defender organizations.

I pray THANK YOU